| United States Bankruptcy Court Southern District of New York | | VOLUNTARY PETITION |
|---|---|---|
| IN RE (Name of debtor-If individual, enter Last, First, Middle) Tiramisu Restaurant, LLC | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) | |
| ALL OTHER NAMES used by the debtor in the last 6 years (include married, maiden and trade names) None | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names) | |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 3260 | SOC. SEC./TAX I.D. NO. (If more than one, state all) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 1410 Third Avenue New York, NY 10021 | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS New York | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | |
| MAILING ADDRESS OF THE DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. | |

INFORMATION REGARDING THE DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR [] Individual      [] Corporation Publicly Held [] Joint (H&W)      [x] Corporation Not Publicly Held [] Partnership      [] Municipality [] Other _____ NATURE OF DEBT [] Non-Business Consumer      [x] Business - Complete A & B below A. TYPE OF BUSINESS (Check one box) [] Farming      [] Transportation      [] Commodity Broker [] Professional      [] Manufacturing/Mining      [] Construction [] Retail/Wholesale      [] Stockbroker      [x] Other Business B. BRIEFLY DESCRIBE NATURE OF BUSINESS Restaurant | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) [] Chapter 7      [x] Chapter 11      [] Chapter 13 [] Chapter 9      [] Chapter 12      [] § 304-Case Ancillary to Foreign Proceeding FILING FEE (Check one box) [x] Filing fee attached [] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). |
|---|---|
| | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY Kornfeld & Associates, P.C. 240 Madison Avenue, 8th Floor New York, NY 10016 (212) 759-6767 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR Randy M. Kornfeld, Esq. |

STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[x] Debtor estimates that funds will be available for distribution to unsecured creditors.
[] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
[x] 1-15      [] 16-49      [] 50-99      [] 100-199      [] 200-999      [] 1000-over

ESTIMATED ASSETS (in thousands of dollars)
[] Under 50 [x] 50-99 [] 100-499 [] 500-999 []1000-9999 []10,000-99,000 [] over 100,000

ESTIMATED LIABILITIES (in thousands of dollars)
[] Under 50 [] 50-99 [] 100-499 [x] 500-999 [] 1000-9999 []10,000-99,000 [] over 100,000

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
[] 0      [x] 1-19      [] 20-99      [] 100-999      [] 1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
[] 0      [x] 1-19      [] 20-99      [] 100-999      [] 1000-over