## List of 20 Largest Creditors

**1-Express Working Capital, LLC**                $135,000
4890 Alpha Rd #200
Dallas, TX 75244
(866) 962-4922


**2-NYS Sales Tax**                               $153,000
Transaction Audit Bureau
Queens District Office
80-02 Kew Gardens Road
Kew Gardens, NY 11415-3618


**3-NYS Department of Taxation --**               $37,530
PO Box 5300
Albany, NY  12205


**4-NYS Sales Tax**                               $23,254.82
NYS Assessment Receivables
PO Box 4127
Binghamton, NY  13902-4127


**5-Department of Labor**                         $58,792.00
Monetary Services Unit
State Office Campus, Building 12, Room 185-B
Albany, NY  12240


**6-Kaufman Dolowich & Voluck, LLP**              $5500.00
135 Crossways Park Drive, Suite 201
Woodbury, NY  11797
516-681-1100

**7-John Maguire Loan**                           $75,000

168 Bromleigh Road
Stewart Manor, New York 11530

**8-Helene Hines**                                                                       $150,000
c/o Law Offices of James E. Bahamonde
2501 Jody Court
North Bellmore, NY  11710
646-290-8258

**9-Conco D'ora**                                                                        $11,365
100 Bomont Place
Totowa, NJ  07512
718-446-0800

**10-1418 Third Avenue, LLC**                                                            $68, 121.79
c/O Kucker & Bruh, LLP
747 Third Avenue
New York, New York 10017