UNITED STATES BANKRUPTCY COURT
*Southern* DISTRICT OF *New York*

In re *Tiramisu Restaurant LLC*
Debtor

Case No. *17-11346*
Reporting Period: *July 1 - July 31, 2017*

Federal Tax I.D. # *20-8753260*

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date *8/16/17*

Signature of Authorized Individual* _____    Date _____

Printed Name of Authorized Individual _____    Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 OF 1

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 13,826 | 3,496 | 1760 | 0 | |
| RECEIPTS | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | — | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | — | | | | |
| LOANS AND ADVANCES | — | | | | |
| SALE OF ASSETS | — | | | | |
| OTHER (ATTACH LIST) | — | | | | |
| TRANSFERS (FROM DIP ACCTS) | — | | | | |
| TOTAL RECEIPTS | 43,737 | | | | |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | 4,478 | | | | |
| PAYROLL TAXES | 1,515 | | | | |
| SALES, USE, & OTHER TAXES | 12,343 | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | 28,363 | | | | |
| INSURANCE | 227 | | | | |
| ADMINISTRATIVE | — | | | | |
| SELLING | — | | | | |
| OTHER (ATTACH LIST) | — | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS (TO DIP ACCTS) | 2,1600 | | | | |
| PROFESSIONAL FEES | 1,200 | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 475 | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| CASH – END OF MONTH | 16,683 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re *Traverso Restaurant LLC*   Case No. 17-11346
Debtor                             Reporting Period: July1-July31 2017

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

#2 Changing from Chase to TD Bank DIP account.

In re _Transco Restaurant LLC_      Case No. _17-11346_
Debtor                              Reporting Period: _July 1-July 31, 2017_

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 143,737 | |
| Less:  Returns and Allowances | | |
| Net Revenue | | |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 7,000 | |
| Add: Purchases | 56,433 | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less:  Ending Inventory | 7,000 | |
| Cost of Goods Sold | 56,433 | |
| Gross Profit | 139,054 | |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts     TIPS @ 15% | 16,980 | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 227 | |
| Management Fees/Bonuses  OFFICER SALARY | 3,000 | |
| Office Expense | 2,976 | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | — | |
| Rent and Lease Expense | 28,333 | |
| Salaries/Commissions/Fees | 11,920 | |
| Supplies | 2,915 | |
| Taxes - Payroll    In payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other     SALES TAX | 12,543 | |
| Travel and Entertainment | | |
| Utilities | 4,746 | |
| Other (attach schedule) | 7,715 | |
| Total Operating Expenses Before Depreciation | 92,116 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 16,083 | |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |

↳ Includes 1g4 payment plan to
ConEd because acct was
converted to DIP acct: they required
$5,000 additional security deposit.

In re _Tranoiso Restaurant LLC_     Case No. 17-11346

Debtor     Reporting Period: _July 1 – July 31 2017_

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| Bank Merchant Fees | 846 | $7,715 |
| Violations | 4,000 | |
| Surcase Fee | 1,169 | |
| Professional Fees | 1,200 | |
| Travel | 500 | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re _Tiramu Restaurant LLC_                     Case No. _17-11346_
   Debtor                                          Reporting Period: _July 1 - July 31, 2017_

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| SAND VEDAD | Paycheck | 3,000 | 7,800 |
| VAPA VEDAD | Income | 10,300 | 26,800 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL PAYMENTS TO INSIDERS** | | 13,300 | 34,300 |

_Since May 15 2017_

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL PAYMENTS** | | | |

In re _Tiramisu Restaurant LLC_   Case No. _17-11346_
Debtor                            Reporting Period: _July 1 - July 31, 2017_

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

_Please see attached bank statements_

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| BALANCE PER BOOKS | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| ADJUSTED BANK BALANCE * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re __Tiramisu Restaurant LLC__   Case No. __17-11346__
Debtor                                Reporting Period: __July 1 - July 31, 2017__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from non-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | — | | |
| Accounts Receivable (Net) | — | | |
| Notes Receivable | | | |
| Inventories | 7,000 | | |
| Prepaid Expenses | — | | |
| Professional Retainers | — | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | | | |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | 15,000 | | |
| Furniture, Fixtures and Office Equipment | 9,000 | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | | | |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | 28,363 | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 1,200 | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| TOTAL LIABILITIES | | | |
| OWNERS' EQUITY | | | |
| Capital Stock | — | | |
| Additional Paid-In Capital | — | | |
| Partners' Capital Account | — | | |
| Owner's Equity Account | — | | |
| Retained Earnings - Pre-Petition | — | | |
| Retained Earnings - Post-petition | — | | |
| Adjustments to Owner Equity *(attach schedule)* | — | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re _Thomas Petersontlle_

Debtor

Case No. _17-11346_

Reporting Period: _July 1 - July 31, 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re   *Tiramisu Restaurant LLC*          Case No.   17-11346
Debtor                                     Reporting Period:   *Total - July 31, 2017*

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

*Please see attached bank statements*

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

In re _Tiramisu Restaurant LLC_          Case No. _17-11346_
Debtor                                    Reporting Period: _July 1 - July 31, 2017_

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| Kitchen Equipment | 15,000 | | |
| Tables + Chairs | 4,800 | | |
| Plates + Silverware | 1,800 | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

# $\#$ 17-11346

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

July 01, 2017 through July 31, 2017
Primary Account: 000000565629628



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00005687 DRE 802 210 21517 NNNNNNNNNN  1 000000000 D8 0000
TIRAMISU RESTAURANT, LLC
1410 3RD AVE
NEW YORK NY 10028-1801

## Important update on how your Chase Performance Business Checking® or Chase Performance Business Checking with Interest® account will work

We need to clarify some of the information we shared with you in your last statement about the changes we're making to how your Chase Performance Business Checking or Chase Performance Business Checking with Interest account will work.

Starting August 27, 2017, you will be able to make unlimited electronic deposits and up to 250 other types of transactions (such as deposits at the branch and all debits) at no additional cost. There will still be a $.40 fee for each withdrawal and non-electronic deposit once you exceed 250.

If you have any questions, please call the number on your statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 000000565629628 | $9,072.44 | $1,395.65 |
| Chase Business Select High Yield Savings | 000003085651221 | 31.00 | 31.00 |
| **Total** | | **$9,103.44** | **$1,426.65** |
| | | | |
| **TOTAL ASSETS** | | **$9,103.44** | **$1,426.65** |

**All Summary Balances** shown are as of July 31, 2017 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



July 01, 2017 through July 31, 2017
Primary Account: **000000565629628**



TIRAMISU RESTAURANT, LLC                                    Account Number: 000000565629628

## CHECKING SUMMARY

|                             | INSTANCES | AMOUNT       |
|-----------------------------|-----------|--------------|
| Beginning Balance           |           | $9,072.44    |
| Deposits and Additions      | 59        | 145,837.93   |
| Checks Paid                 | 65        | -42,932.92   |
| ATM & Debit Card Withdrawals| 87        | -33,666.51   |
| Electronic Withdrawals      | 19        | -13,425.96   |
| Other Withdrawals           | 15        | -63,163.33   |
| Fees                        | 1         | -326.00      |
| Ending Balance              | 246       | $1,395.65    |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION |                                                        | AMOUNT     |
|-------|-------------|--------------------------------------------------------|------------|
| 07/03 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | $5,390.35  |
| 07/03 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 498.56     |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 4,720.53   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 4,412.99   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,734.71   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,053.98   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,637.38   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,075.68   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,042.85   |
| 07/05 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 836.49     |
| 07/06 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 4,029.41   |
| 07/06 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,120.89   |
| 07/07 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,654.29   |
| 07/07 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 577.26     |
| 07/10 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,508.67   |
| 07/10 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 621.79     |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 5,152.48   |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 4,764.34   |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 4,048.67   |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,563.10   |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 1,468.38   |
| 07/11 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 252.50     |
| 07/12 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,899.91   |
| 07/12 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 969.89     |
| 07/13 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,359.97   |
| 07/13 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 554.02     |
| 07/14 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,542.75   |
| 07/14 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 877.85     |
| 07/17 | Merch Svc   | Bkcrd Dep  899000003131396 CCD ID: 1246827607          | 3,008.20   |



July 01, 2017 through July 31, 2017
Primary Account: **000000565629628**



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 992.52 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 5,561.80 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,957.20 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 3,488.53 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 1,465.31 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 1,439.32 |
| 07/18 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 737.69 |
| 07/19 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,163.53 |
| 07/19 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 1,077.47 |
| 07/20 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,035.04 |
| 07/20 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 831.86 |
| 07/21 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 3,880.04 |
| 07/21 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 630.67 |
| 07/24 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,171.03 |
| 07/24 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 394.26 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,646.73 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,081.76 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 3,921.10 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 1,680.21 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 945.87 |
| 07/25 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 846.68 |
| 07/26 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 3,117.03 |
| 07/26 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 607.40 |
| 07/27 | Deposit   1695314871 | 2,100.00 |
| 07/27 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,127.95 |
| 07/27 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 350.86 |
| 07/28 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 4,014.45 |
| 07/28 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 1,193.48 |
| 07/31 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 2,446.05 |
| 07/31 | Merch Svc   Bkcrd Dep  899000003131396 CCD ID: 1246827607 | 554.20 |
| **Total Deposits and Additions** | | **$145,837.93** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3612 ^ | | 07/10 | $256.80 |
| 3613 ^ | | 07/03 | 912.00 |
| 3616 * ^ | | 07/03 | 822.00 |
| 3622 * ^ | | 07/05 | 1,169.00 |
| 3624 * ^ | | 07/05 | 381.33 |
| 3625 ^ | | 07/03 | 123.44 |
| 3626 ^ | | 07/06 | 250.00 |
| 3627 ^ | | 07/06 | 631.00 |
| 3628 ^ | | 07/11 | 315.04 |
| 3629 ^ | | 07/05 | 200.00 |
| 3630 ^ | | 07/10 | 680.00 |
| 3631 ^ | | 07/06 | 210.00 |

 CHASE

July 01, 2017 through July 31, 2017
Primary Account: 000000565629628

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3632 ^ | | 07/05 | 400.00 |
| 3633 ^ | | 07/19 | 584.00 |
| 3634 ^ | | 07/11 | 569.50 |
| 3635 ^ | | 07/07 | 1,632.67 |
| 3636 ^ | | 07/07 | 700.00 |
| 3637 ^ | | 07/11 | 215.00 |
| 3638 ^ | | 07/12 | 130.00 |
| 3639 ^ | | 07/10 | 124.07 |
| 3640 ^ | | 07/11 | 592.00 |
| 3641 ^ | | 07/24 | 1,073.00 |
| 3642 ^ | | 07/17 | 824.00 |
| 3643 ^ | | 07/12 | 195.00 |
| 3645 * ^ | | 07/21 | 400.00 |
| 3646 ^ | | 07/18 | 367.15 |
| 3647 ^ | | 07/21 | 237.00 |
| 3648 ^ | | 07/24 | 172.86 |
| 3649 ^ | | 07/17 | 250.00 |
| 3650 ^ | | 07/13 | 500.00 |
| 3651 ^ | | 07/24 | 685.76 |
| 3652 ^ | | 07/28 | 552.50 |
| 3653 ^ | | 07/19 | 520.00 |
| 3654 ^ | | 07/18 | 215.00 |
| 3655 ^ | | 07/18 | 480.00 |
| 3656 ^ | | 07/19 | 210.00 |
| 3657 ^ | | 07/24 | 644.00 |
| 3658 ^ | | 07/24 | 1,119.00 |
| 3659 ^ | | 07/21 | 400.00 |
| 3660 ^ | | 07/18 | 1,000.00 |
| 3661 ^ | | 07/21 | 166.71 |
| 3662 ^ | | 07/25 | 374.26 |
| 3663 ^ | | 07/26 | 584.00 |
| 3664 ^ | | 07/25 | 130.49 |
| 3665 ^ | | 07/20 | 500.00 |
| 3666 ^ | | 07/26 | 12,543.30 |
| 3667 ^ | | 07/24 | 130.00 |
| 3668 ^ | | 07/25 | 205.00 |
| 3669 ^ | | 07/25 | 210.00 |
| 3670 ^ | | 07/24 | 145.00 |
| 3671 ^ | | 07/28 | 956.00 |
| 3673 * ^ | | 07/26 | 300.00 |
| 3674 ^ | | 07/28 | 400.00 |
| 3675 ^ | | 07/28 | 394.57 |
| 3684 * ^ | | 07/31 | 195.00 |
| 6024 * ^ | | 07/05 | 492.60 |
| 6030 * ^ | | 07/05 | 492.60 |
| 6031 ^ | | 07/05 | 500.00 |
| 6036 * ^ | | 07/12 | 490.09 |

**CHASE**

July 01, 2017 through July 31, 2017
Primary Account: 000000565629628



## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6037  ^ | | 07/11 | 500.00 |
| 6042  * ^ | | 07/18 | 490.09 |
| 6043  ^ | | 07/19 | 500.00 |
| 6048  * ^ | | 07/26 | 490.09 |
| 6049  ^ | | 07/26 | 500.00 |
| 33644  * ^ | | 07/10 | 500.00 |
| **Total Checks Paid** | | | **$42,932.92** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Card Purchase          06/30 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8285 | $7.39 |
| 07/03 | Card Purchase          06/29 Fairway Mkt Es New York NY Card 8285 | 148.75 |
| 07/03 | Card Purchase          06/30 Aaa Mship Paid Onlne 401-868-2000 RI Card 8285 | 142.00 |
| 07/03 | Card Purchase          06/30 Tom Cat Bakery Inc 718-7867659 NY Card 8285 | 335.92 |
| 07/03 | Card Purchase          06/30 Food For Health 212-3699202 NY Card 8285 | 9.79 |
| 07/03 | Card Purchase          06/30 Cvs/Pharmacy #02036 New York NY Card 8285 | 22.30 |
| 07/03 | Card Purchase          07/01 Sportime RI 18 M New York NY Card 8285 | 35.00 |
| 07/03 | Card Purchase          07/01 Macys Herald Square New York NY Card 8285 | 140.01 |
| 07/03 | Card Purchase          07/01 Macys Herald Square New York NY Card 8285 | 53.10 |
| 07/03 | Card Purchase          07/01 Macys Herald Square New York NY Card 8285 | 132.00 |
| 07/03 | ATM Withdrawal          07/01 201 E 79th St New York NY Card 1859 | 600.00 |
| 07/03 | Card Purchase With Pin  07/03 Costco Whse #1062 New York NY Card 1859 | 150.18 |
| 07/03 | Recurring Card Purchase 07/02 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 1859 | 109.28 |
| 07/05 | Card Purchase          07/03 Cvs/Pharmacy #02036 New York NY Card 8285 | 3.69 |
| 07/05 | Card Purchase          07/03 Wholefds Ues #10518 New York NY Card 8285 | 106.86 |
| 07/05 | Card Purchase          07/03 Shell Oil 57544416209 New York NY Card 1859 | 32.62 |
| 07/05 | ATM Withdrawal          07/04 181 E 90th St New York NY Card 8285 | 500.00 |
| 07/05 | ATM Withdrawal          07/04 201 E 79th St New York NY Card 1859 | 600.00 |
| 07/05 | Card Purchase With Pin  07/05 Restaurant Depot Maspeth NY Card 0951 | 3,530.13 |
| 07/05 | Card Purchase With Pin  07/05 Restaurant Depot Maspeth NY Card 0951 | 48.89 |
| 07/06 | Card Purchase          07/05 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/06 | Card Purchase          07/05 Nycdot Parking Meters Long Is City NY Card 8285 | 3.50 |
| 07/07 | Card Purchase          07/05 Fairway Mkt Es New York NY Card 8285 | 147.67 |
| 07/07 | Card Purchase          07/06 Pioneer New York NY Card 8285 | 10.43 |
| 07/07 | ATM Withdrawal          07/07 181 E 90th St New York NY Card 8285 | 500.00 |
| 07/10 | Card Purchase          07/06 Progressive Waste / I 817-632-4000 TX Card 8285 | 800.42 |
| 07/10 | Card Purchase          07/08 Staples Direct 800-3333330 MA Card 8285 | 60.35 |
| 07/10 | Card Purchase          07/07 Fairway Mkt Es New York NY Card 8285 | 134.15 |
| 07/10 | ATM Withdrawal          07/07 181 E 90th St New York NY Card 1859 | 500.00 |
| 07/10 | Card Purchase          07/08 Sunoco 0374649201 Elverson PA Card 8285 | 37.99 |
| 07/10 | Card Purchase          07/09 Shell Oil 57544416209 New York NY Card 1859 | 47.55 |



July 01, 2017 through July 31, 2017
Primary Account: 000000565629628

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/10 | Card Purchase With Pin  07/10 Costco Whse #1062 New York NY Card 1859 | 279.20 |
| 07/11 | Card Purchase          07/10 Pioneer New York NY Card 8285 | 20.99 |
| 07/12 | Card Purchase          07/11 Cvs/Pharmacy #02036 New York NY Card 8285 | 2.29 |
| 07/12 | Card Purchase          07/11 Wholefds Ues #10518 New York NY Card 8285 | 155.79 |
| 07/12 | Card Purchase          07/11 Tom Cat Bakery Inc 718-7867659 NY Card 8285 | 464.72 |
| 07/12 | Card Purchase          07/11 Ezpass Prepaid Toll 800-333-8655 NY Card 8285 | 120.00 |
| 07/12 | Card Purchase          07/11 Dental 365 New York NY Card 1859 | 1,000.00 |
| 07/12 | Card Purchase          07/11 Dsw 79th And Broadway New York NY Card 8285 | 75.19 |
| 07/12 | Card Purchase With Pin  07/12 Restaurant Depot Maspeth NY Card 0951 | 3,559.46 |
| 07/13 | Card Purchase          07/12 Venture Stationers, IN New York NY Card 8285 | 28.42 |
| 07/13 | Card Purchase          07/12 Nycdot Parking Meters Long Is City NY Card 1859 | 1.50 |
| 07/13 | Card Purchase          07/12 Nycdot Parking Meters Long Is City NY Card 1859 | 0.50 |
| 07/13 | ATM Withdrawal          07/13 181 E 90th St New York NY Card 8285 | 400.00 |
| 07/14 | Card Purchase          07/13 Wholefds Ues #10518 New York NY Card 8285 | 6.00 |
| 07/14 | Card Purchase          07/13 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/14 | Card Purchase          07/14 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8285 | 42.46 |
| 07/14 | Card Purchase With Pin  07/14 Costco Whse #1062 New York NY Card 1859 | 235.94 |
| 07/17 | Card Purchase          07/13 Fairway Mkt Es New York NY Card 8285 | 142.27 |
| 07/17 | Card Purchase          07/14 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8285 | 6.45 |
| 07/17 | Card Purchase          07/14 Wholefds Ues #10518 New York NY Card 8285 | 21.14 |
| 07/17 | Card Purchase          07/14 Cvs/Pharmacy #02036 New York NY Card 8285 | 39.33 |
| 07/17 | Card Purchase          07/14 Tom Cat Bakery Inc 718-7867659 NY Card 8285 | 400.32 |
| 07/17 | Card Purchase          07/16 Meg*Madame Tussauds 212-512-9600 NY Card 8285 | 59.88 |
| 07/17 | Card Purchase          07/15 Pioneer New York NY Card 8285 | 28.76 |
| 07/17 | ATM Withdrawal          07/15 181 E 90th St New York NY Card 1859 | 450.00 |
| 07/17 | Card Purchase          07/15 Exxonmobil   97698112 New York NY Card 1859 | 35.00 |
| 07/17 | ATM Withdrawal          07/16 181 E 90th St New York NY Card 1859 | 500.00 |
| 07/17 | Recurring Card Purchase 07/16 Nyt*NY Times Subs 800-698-4637 NY Card 8285 | 62.00 |
| 07/18 | ATM Withdrawal          07/18 181 E 90th St New York NY Card 1859 | 200.00 |
| 07/19 | Card Purchase          07/18 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/19 | Card Purchase          07/19 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8285 | 14.14 |
| 07/19 | Card Purchase With Pin  07/19 Restaurant Depot Maspeth NY Card 0951 | 3,126.95 |
| 07/20 | Card Purchase          07/19 Wholefds Ues #10518 New York NY Card 8285 | 124.24 |
| 07/20 | Card Purchase          07/19 Shell Oil 5754433080 Roslyn Height NY Card 1859 | 47.63 |
| 07/20 | ATM Withdrawal          07/20 181 E 90th St New York NY Card 8285 | 1,000.00 |
| 07/21 | Card Purchase          07/20 Nyc Crim CT NY County B New York NY Card 8285 | 4,000.00 |
| 07/21 | Card Purchase          07/20 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/21 | ATM Withdrawal          07/21 181 E 90th St New York NY Card 8285 | 500.00 |
| 07/21 | Recurring Card Purchase 07/20 Netflix.Com Netflix.Com CA Card 8285 | 7.99 |
| 07/24 | Card Purchase          07/21 Tom Cat Bakery Inc 718-7867659 NY Card 8285 | 335.92 |
| 07/24 | Card Purchase          07/21 Dental 365 New York NY Card 1859 | 800.00 |
| 07/24 | ATM Withdrawal          07/22 201 E 79th St New York NY Card 1859 | 600.00 |
| 07/24 | Card Purchase With Pin  07/23 Costco Whse #1062 New York NY Card 1859 | 332.79 |
| 07/25 | Card Purchase          07/24 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/25 | Card Purchase          07/24 Bp#1011667Nor Douglasto Great Neck NY Card 1859 | 23.25 |
| 07/25 | ATM Withdrawal          07/25 181 E 90th St New York NY Card 8285 | 550.00 |
| 07/26 | Card Purchase          07/25 Wholefds Ues #10518 New York NY Card 8285 | 56.61 |
| 07/26 | Card Purchase With Pin  07/26 Restaurant Depot Maspeth NY Card 0951 | 3,425.10 |

**CHASE** ◻

July 01, 2017 through July 31, 2017
Primary Account: **000000565629628**



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | Recurring Card Purchase 07/25 State Farm Insurance 800-956-6310 IL Card 1859 | 226.91 |
| 07/27 | Card Purchase        07/26 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/27 | Card Purchase        07/26 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/28 | Card Purchase With Pin  07/28 The Home Depot #1255 Long Island C NY Card 1859 | 86.90 |
| 07/31 | Card Purchase        07/28 Nycdot Parking Meters Long Is City NY Card 1859 | 3.50 |
| 07/31 | Card Purchase        07/28 Tom Cat Bakery Inc 718-7867659 NY Card 8285 | 464.72 |
| 07/31 | Card Purchase With Pin  07/29 The Home Depot #1255 Long Island C NY Card 1859 | 127.78 |
| 07/31 | ATM Withdrawal       07/30 181 E 90th St New York NY Card 1859 | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | **$33,666.51** |

## ATM & DEBIT CARD SUMMARY

Walter Carabajo  Card 0951

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $13,690.53 |
| Total Card Deposits & Credits | $0.00 |

Said Vedad  Card 1859

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,750.00 |
| Total Card Purchases | $3,565.03 |
| Total Card Deposits & Credits | $0.00 |

Karen A Vedad  Card 8285

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,650.00 |
| Total Card Purchases | $9,010.95 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $7,400.00 |
| Total Card Purchases | $26,266.51 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Merch Svc    Bkcrd Fees 899000003131396 CCD ID: 1246827607 | $377.59 |
| 07/05 | Att        Payment        PPD ID: 9864031004 | 213.44 |
| 07/06 | Novelpay    Proprtypay 11385077        Web ID: 270283316 | 5,331.00 |
| 07/07 | Con Ed of NY    Intell Ck        PPD ID: 2462467002 | 1,957.00 |
| 07/07 | Paychex Tps    Taxes    71983200014273X CCD ID: 1161124166 | 596.07 |
| 07/07 | Hsbc Bank USA NA Hsbc Bank 043000092732894 Web ID: 9044021964 | 326.45 |
| 07/07 | Paychex Eib    Invoice    X71998400002230 CCD ID: 1161124166 | 82.81 |
| 07/10 | Con Ed of NY    Intell Ck        PPD ID: 2462467002 | 395.88 |
| 07/14 | Paychex Tps    Taxes    72080000013161X CCD ID: 1161124166 | 596.10 |
| 07/14 | Paychex Eib    Invoice    X72092800025485 CCD ID: 1161124166 | 71.81 |
| 07/14 | Nyc Finance    Parkingtkt 201719300103089 Web ID: 4136400434 | 65.00 |
| 07/17 | RI Adv ACH    Contrib        PPD ID: 5526125442 | 250.00 |
| 07/19 | Con Ed of NY    Intell Ck        PPD ID: 2462467002 | 705.00 |
| 07/19 | Nyc Finance    Parkingtkt 201719800102390 Web ID: 4136400434 | 115.00 |

# CHASE ◯

July 01, 2017 through July 31, 2017
Primary Account: 000000565629628

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|-------:|
| 07/21 | Paychex Tps | Taxes | 72173900009376X CCD ID: 1161124166 | 594.59 |
| 07/21 | Paychex Eib | Invoice | X72185800002277 CCD ID: 1161124166 | 71.81 |
| 07/28 | Con Ed of NY | Intell Ck | PPD ID: 2462467002 | 1,000.00 |
| 07/28 | Paychex Tps | Taxes | 72265200008673X CCD ID: 1161124166 | 594.60 |
| 07/28 | Paychex Eib | Invoice | X72280200004452 CCD ID: 1161124166 | 81.81 |
| **Total Electronic Withdrawals** | | | | **$13,425.96** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/03 | 07/03 Withdrawal | $4,800.00 |
| 07/05 | 07/05 Withdrawal | 12,530.00 |
| 07/05 | 07/05 Withdrawal | 600.00 |
| 07/10 | 07/10 Withdrawal | 2,800.00 |
| 07/11 | 07/11 Withdrawal | 12,500.00 |
| 07/14 | 07/14 Withdrawal | 2,800.00 |
| 07/17 | 07/17 Withdrawal | 5,100.00 |
| 07/18 | 07/18 Withdrawal | 4,400.00 |
| 07/18 | 07/18 Withdrawal | 500.00 |
| 07/19 | 07/19 Withdrawal | 3,333.33 |
| 07/19 | 07/19 Withdrawal | 1,200.00 |
| 07/24 | 07/24 Withdrawal | 4,100.00 |
| 07/25 | 07/25 Withdrawal | 1,500.00 |
| 07/27 | 07/27 Withdrawal | 4,000.00 |
| 07/31 | 07/31 Withdrawal | 3,000.00 |
| **Total Other Withdrawals** | | **$63,163.33** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/06 | Service Charges For The Month of June | $326.00 |
| **Total Fees** | | **$326.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a
relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $4,141.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|------|-------:|
| 07/03 | $6,040.60 | 07/13 | 3,139.62 | 07/24 | 248.77 |
| 07/05 | 4,754.05 | 07/14 | 3,739.41 | 07/25 | 13,374.62 |
| 07/06 | 3,149.35 | 07/17 | -429.02 | 07/26 | -1,026.96 |
| 07/07 | 1,427.80 | 07/18 | 9,568.59 | 07/27 | 1,544.85 |
| 07/10 | -1,058.15 | 07/19 | 4,497.67 | 07/28 | 2,686.40 |
| 07/11 | 1,478.79 | 07/20 | 7,692.70 | 07/31 | 1,395.65 |
| 07/12 | 156.05 | 07/21 | 5,821.81 | | |



July 01, 2017 through July 31, 2017
Primary Account: **000000565629628**



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $340.00 |
| **Total Service Charges** | **$360.00**  Will be assessed on 8/3/17 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 186 |
| Deposits / Credits | 59 |
| Deposited Items | 0 |
| **Total Transactions** | **245** |

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000565629628 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 245 | 350 | 0 | $0.00 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $2,100 | $20,000 | $0 | $0.0025 | $0.00 |
| **Subtotal** | | | | | **$20.00** |
| **Other Fees** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 10 | 0 | 10 | $34.00 | $340.00 |
| **Total Service Charge (Will be assessed on 8/3/17)** | | | | | **$360.00** |
| **ACCOUNT** 000000565629628 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 245 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $2,100 | | | | |
| Insufficient Funds/Overdraft Item Paid | 10 | | | | |

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

TIRAMISU RESTAURANT, LLC                              Account Number: 000003085651221

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$31.00** |
| **Ending Balance** | 0 | **$31.00** |
| Annual Percentage Yield Earned This Period | | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Performance Business Checking account.



July 01, 2017 through July 31, 2017

Primary Account: 000000565629628

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase Performance Business Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



**Bank**

America's Most Convenient Bank®

#17-11346

| | |
|---|---|
| TIRAMISU RESTAURANT LLC | Page: 1 of 4 |
| DIP CASE 17-11346 SDNY | Statement Period: Jul 01 2017-Jul 31 2017 |
| 1410 THIRD AVE | Cust Ref #: 4342015777-039-T-### |
| NEW YORK NY 10028 | Primary Account #: 434-2015777 |

## Chapter 11 Checking

TIRAMISU RESTAURANT LLC
DIP CASE 17-11346 SDNY

Account # 434-2015777

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 394.05 | Average Collected Balance | 925.09 |
| Deposits | 1,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,160.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 975.00 | Days in Period | 31 |
| Electronic Payments | 1,041.66 | | |
| Ending Balance | 537.39 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | DEPOSIT | 1,000.00 |
| | Subtotal: | 1,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | ATM CHECK DEPOSIT, AUT 071017 ATM CHECK DEPOSI 1504 THIRD AVENUE     NEW YORK    * NY 4085404018185706 | 500.00 |
| 07/13 | ATM CHECK DEPOSIT, AUT 071317 ATM CHECK DEPOSI 1133 MADISON AVENUE     NEW YORK    * NY 4085404018185706 | 505.00 ' |
| 07/25 | ATM CASH DEPOSIT, AUT 072517 ATM CASH DEPOSIT 1504 THIRD AVENUE     NEW YORK    * NY 4085404018185706 | 90.00 |
| 07/31 | ATM CHECK DEPOSIT, AUT 073017 ATM CHECK DEPOSI 1276 LEXINGTON AVENUE     NEW YORK    * NY 4085404018185706 | 65.00 |
| | Subtotal: | 1,160.00 |

**Checks Paid**     No. Checks: 1          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/20 | 1002 | 975.00 |
| | Subtotal: | 975.00 |

# How to Balance Your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**Ending Balance**          537.39

**Total Deposits**    +

**Sub Total**

**Total Withdrawals**

**Adjusted Balance**

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

TIRAMISU RESTAURANT LLC
DIP CASE 17-11346 SDNY

Page: 3 of 4
Statement Period: Jul 01 2017-Jul 31 2017
Cust Ref #: 4342015777-039-T-###
Primary Account #: 434-2015777

## Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20 | CCD DEBIT, TIME WARNER CABL CABLE PAY 0060008486  SPA | 250.00 |
| 07/21 | DEBIT CARD PURCHASE, AUT 072017 VISA DDA PUR<br>USPS PO 3596280028      NEW YORK      * NY<br>4085404018185706 | 5.29 |
| 07/24 | ELECTRONIC PMT-WEB, VERIZON PAYMENTONE 2129889780376 | 140.04 |
| 07/24 | DEBIT CARD PURCHASE, AUT 072117 VISA DDA PUR<br>SHELL OIL 10001324002      WEST CHESTERF * NH<br>4085404018185706 | 36.80 |
| 07/25 | DEBIT CARD PURCHASE, AUT 072417 VISA DDA PUR<br>NYCDOT PARKING METERS      LONG IS CITY * NY<br>4085404018185706 | 3.50 |
| 07/25 | DEBIT CARD PURCHASE, AUT 072417 VISA DDA PUR<br>NYCDOT PARKING METERS      LONG IS CITY * NY<br>4085404018185706 | 3.50 |
| 07/25 | DEBIT CARD PURCHASE, AUT 072417 VISA DDA PUR<br>NYCDOT PARKING METERS      LONG IS CITY * NY<br>4085404018185706 | 3.00 |
| 07/28 | ACH DEBIT, CON ED OF NY INTELL CK 425035045200063 | 50.00 |
| 07/28 | DEBIT CARD PURCHASE, AUT 072617 VISA DDA PUR<br>SHELL OIL 57544416209      NEW YORK      * NY<br>4085404017158977 | 32.81 |
| 07/28 | DEBIT CARD PURCHASE, AUT 072717 VISA DDA PUR<br>CVS PHARMACY  02036      NEW YORK      * NY<br>4085404018185706 | 5.29 |
| 07/28 | DEBIT CARD PURCHASE, AUT 072717 VISA DDA PUR<br>USPS PO 3596260026      NEW YORK      * NY<br>4085404018185706 | 5.29 |
| 07/31 | DEBIT POS, AUT 073017 DDA PURCHASE<br>COSTCO WHSE  1062      NEW YORK      * NY<br>4085404017158977 | 259.87 |
| 07/31 | TD ATM DEBIT, AUT 073017 DDA WITHDRAW<br>1276 LEXINGTON AVENUE      NEW YORK      * NY<br>4085404018185706 | 60.00 |
| 07/31 | DEBIT CARD PURCHASE, AUT 073017 VISA DDA PUR<br>CVS PHARMACY  02717      NEW YORK      * NY<br>4085404018185706 | 45.28 |
| 07/31 | DEBIT CARD PURCHASE, AUT 072717 VISA DDA PUR<br>FAIRWAY MKT ES      NEW YORK      * NY<br>4085404018185706 | 43.04 |
| 07/31 | DEBIT CARD PURCHASE, AUT 072817 VISA DDA PUR<br>WHOLEFDS UES  10518      NEW YORK      * NY<br>4085404018185706 | 39.19 |
| 07/31 | DEBIT CARD PURCHASE, AUT 072717 VISA DDA PUR<br>STAPLES      00106534      NEW YORK      * NY<br>4085404018185706 | 25.02 |



**Bank**

America's Most Convenient Bank®

TIRAMISU RESTAURANT LLC
DIP CASE 17-11346 SDNY

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Jul 01 2017-Jul 31 2017 |
| Cust Ref #: | 4342015777-039-T-### |
| Primary Account #: | 434-2015777 |

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | DEBIT CARD PURCHASE, AUT 072917 VISA DDA PUR CVS PHARMACY 02036    NEW YORK    * NY 4085404018185706 | 23.46 |
| 07/31 | DEBIT CARD PURCHASE, AUT 072917 VISA DDA PUR CVS PHARMACY 02036    NEW YORK    * NY 4085404018185706 | 5.29 |
| 07/31 | DEBIT CARD PURCHASE, AUT 072917 VISA DDA PUR PIONEER    NEW YORK    * NY 4085404018185706 | 4.99 |
| | Subtotal: | 1,041.66 |

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 394.05 | 07/21 | 1,168.76 |
| 07/10 | 894.05 | 07/24 | 991.92 |
| 07/13 | 1,399.05 | 07/25 | 1,071.92 |
| 07/18 | 2,399.05 | 07/28 | 978.53 |
| 07/20 | 1,174.05 | 07/31 | 537.39 |