UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                                    Chapter 11

TIRAMISU RESTAURANT, LLC,                                      Case No. 17-11346 (MKV)

                                    Debtor.
---------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RICHARD G. GRANT

UPON the motion of Richard G. Grant dated January 19, 2018, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Richard G. Grant is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
           January 31, 2018

                                                                    *s/ Mary Kay Vyskocil*
                                                                    UNITED STATES BANKRUPTCY JUDGE